# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3318
www.gand.uscourts.gov

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

January 18, 2022

State Court of Dekalb County, Clerk
556 N. McDonough Street
Decatur, GA 30030

    RE:   *Riddle v. Wal-Mart Stores East, LP*
            Your Case Number:  21A01024

Dear Clerk :

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

                           Sincerely,

                           Kevin P. Weimer
                           District Court Executive
                           and Clerk of Court

                By:   <u>s/ A. Coleman</u>
                           Deputy Clerk

Enclosure